# Supreme Court of Florida

------

No. SC2025-0157

------

**IN RE: AMENDMENTS TO RULES REGULATING THE FLORIDA BAR – BYLAWS 2-4.1 AND 2-8.2.**

May 29, 2025

PER CURIAM.

The Florida Bar has filed a Notice of Amendment to the Rules Regulating The Florida Bar, identifying amendments to bylaws 2-4.1 (Duties of President) and 2-8.2 (Committee Operations).  We have jurisdiction.  *See* art. V, § 15, Fla. Const.  In accordance with rule 1-12.1(g), the Bar published formal notice of its intent to file the amendments in *The Florida Bar News*.  That notice directed interested parties to file comments or objections directly with this Court.  No comments or objections were received.

The Bar amended bylaw 2-4.1 to clarify that the Bar's president, the president's designee, or a person designated by the board of governors is the Bar's only official spokesperson.  It amended bylaw 2-8.2 to allow the Bar's committees to adopt

internal operating procedures, subject to board approval, so long as the procedures are not inconsistent with the Bar rules, The Florida Bar Standing Board Policies, or Robert's Rules of Order.

In accordance with rule 1-11.2 (Notice of Amendment), these amendments became effective 50 days after the amendments and proof of the prescribed publication were filed with this Court. However, rule 1-11.3 (Supervision by Court) provides that this Court may at any time modify amendments to chapter 2 adopted by the board of governors. In amending bylaw 2-8.2, the Bar deleted a clause that explained with whom reports, recommendations, IOPs, and minutes must be furnished. We believe deleting this clause is likely to create unnecessary confusion. We therefore modify the amendments to bylaw 2-8.2 by restoring language stating that the listed documents must be filed "with the executive director." Notably, prior to the Bar's amendments, the bylaw required the documents to be filed with both the president and the executive director. We believe filing with the executive director is sufficient.

Accordingly, the Rules Regulating The Florida Bar are hereby amended as reflected in the appendix to this opinion. New

language is indicated by underscoring; deletions are indicated by struck-through type. The amendments are effective immediately.

It is so ordered.

MUÑIZ, C.J., and CANADY, LABARGA, COURIEL, GROSSHANS, FRANCIS, and SASSO, JJ., concur.

THE FILING OF A MOTION FOR REHEARING SHALL NOT ALTER THE EFFECTIVE DATE OF THESE AMENDMENTS.

Original Proceeding – Florida Rules Regulating The Florida Bar

Roland Sanchez-Medina, Jr., President, Rosalyn Sia Baker-Barnes, President-elect, Michael Fox Orr, President-elect designate, Joshua E. Doyle, Executive Director, Elizabeth Clark Tarbert, Division Director, Lawyer Regulation, and Kelly N. Smith, Senior Attorney, The Florida Bar, Tallahassee, Florida,

for Petitioner

# APPENDIX

## BYLAW 2-4.1.  DUTIES OF PRESIDENT

The president ~~shall~~ conduct<u>s</u> and preside<u>s</u> at all meetings of The Florida Bar and the board of governors.  The president<u>,</u> ~~shall be~~<u>the president's designee, or a person designated by the board of governors is</u> the <u>only</u> official spokesperson for The Florida Bar and the board of governors.  Unless otherwise provided ~~herein~~<u>in these rules</u>, the president ~~shall~~ appoint<u>s</u> all committees.  The president ~~shall be~~<u>is</u> the chief executive of The Florida Bar and ~~shall be~~ vested with full power to exercise whatever functions may be necessary or incident to the full exercise of any power bestowed ~~up~~on the president by the board of governors consistent with the provisions of these Rules Regulating The Florida Bar.  ~~It shall be the duty and obligation of the~~<u>The</u> president<u>'s duty and obligation is</u> to furnish leadership in the accomplishment of the aims and purposes of The Florida Bar.

## BYLAW 2-8.2.  COMMITTEE OPERATIONS

Each committee <u>chair</u> ~~shall~~<u>may</u> select ~~from its membership such~~ officers<u>,</u> other than the chair and vice-chair<u>,</u> ~~as it deems advisable~~ and <u>designate</u> subcommittees ~~may be designated by the chair~~ from the membership of the committee.  Each committee ~~shall~~ meet<u>s</u> at ~~such~~ times and places as ~~may be~~ designated by the chair or vice-chair.  <u>Committees may adopt internal operating procedures subject to board of governors approval as long as they are not inconsistent with these rules, The Florida Bar Standing Board Policies, or Robert's Rules of Order.</u>  Each committee ~~shall~~<u>must</u> file with the ~~president and~~ executive director all minutes, annual reports, ~~and~~ <u>internal operating</u> procedures<u>,</u> ~~and~~ recommendations<u>,</u> and ~~such~~<u>any</u> interim reports ~~as desired or may be~~ requested by the president or board of governors.  No action, report, <u>internal operating procedure,</u> or recommendation of any committee ~~shall be~~<u>is</u> binding ~~up~~on The Florida Bar unless adopted and approved by the board of governors.